Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Brandt Silverkorn (SBN 323530)
bsilverkorn@edelson.com
Aaron Lawson (SBN 319306)
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300

*Attorneys for Individual Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MARK STACEY,

*Plaintiff*,

vs.

SAMUEL ALTMAN, an individual, OPENAI FOUNDATION, a Delaware corporation, OPENAI OPCO, LLC, a Delaware limited liability company, and OPENAI GROUP PBC, a Delaware public benefit corporation,

*Defendants*.

This Document Relates to:

*Schofield, et al. v. Altman, et al.*
Case No. 3:26-cv-03702-JSC

*Mwansa, Sr., et al. v. Altman, et al.*
Case No. 3:26-cv-03703-JSC

*M.G., et al. v. Altman, et al.*
Case No. 3:26-cv-03704-JSC

*Hayer v. Altman, et al.*
Case No. 3:26-cv-03705-JSC

Lead Case No. 3:26-cv-03701-JSC

**INDIVIDUAL PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Judge: Hon. Jacqueline Scott Corley
Courtroom 8–19th Floor

*Lampert v. Altman, et al.*
Case No. 3:26-cv-03706-JSC

*Younge, et al. v. Altman, et al.*
Case No. 3:26-cv-03707-JSC

*A.C. v. Altman, et al.*
Case No. 3:26-cv-09342-JSC

*D.I. v. Altman, et al.*
Case No. 3:26-cv-09343-JSC

*Rushlow v. Altman, et al.*
Case No. 3:26-cv-09344-JSC

*Hodgkinson v. Altman, et al.*
Case No. 3:26-cv-09345-JSC

*Bertrand v. Altman, et al.*
Case No. 3:26-cv-09346-JSC

*Geer v. Altman, et al.*
Case No. 3:26-cv-09347-JSC

*Maitland v. Altman, et al.*
Case No. 3:26-cv-09348-JSC

*Tardif v. Altman, et al.*
Case No. 3:26-cv-09349-JSC

*Zatwarniski v. Altman, et al.*
Case No. 3:26-cv-09350-JSC

*Pilgrim v. Altman, et al.*
Case No. 3:26-cv-09351-JSC

*Pigeon v. Altman, et al.*
Case No. 3:26-cv-09352-JSC

*Lenart v. Altman, et al.*
Case No. 3:26-cv-09353-JSC

*Cameron v. Altman, et al.*
Case No. 3:26-cv-09354-JSC

*Norbury v. Altman, et al.*
Case No. 3:26-cv-09355-JSC

*Gruntman v. Altman, et al.*
Case No. 3:26-cv-09356-JSC

*Pisarski v. Altman, et al.*
Case No. 3:26-cv-09357-JSC

*E.R. v. Altman, et al.*
Case No. 3:26-cv-09358-JSC

*G.L. v. Altman, et al.*
Case No. 3:26-cv-09359-JSC

*A.R. v. Altman, et al.*
Case No. 3:26-cv-09360-JSC

*C.W. v. Altman, et al.*
Case No. 3:26-cv-09362-JSC

*A.N. v. Altman, et al.*
Case No. 3:26-cv-09363-JSC

*R.R. v. Altman, et al.*
Case No. 3:26-cv-09366-JSC

*G.M. v. Altman, et al.*
Case No. 3:26-cv-09367-JSC

*L.N. v. Altman, et al.*
Case No. 3:26-cv-09368-JSC

*Poirier v. Altman, et al.*
Case No. 3:26-cv-09369-JSC

*M.B., et al. v. Altman, et al.*
Case No. 3:26-cv-09370-JSC

*O.H., et al. v. Altman, et al.*
Case No. 3:26-cv-09372-JSC

*B.W., et al. v. Altman, et al.*
Case No. 3:26-cv-09373-JSC

*Hoekstra, et al. v. Altman, et al.*
Case No. 3:26-cv-09377-JSC

*Deeley, et al. v. Altman, et al.*
Case No. 3:26-cv-09378-JSC

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiffs in *Stacey v. Altman, et al.*, Case No. 3:26-cv-03701-JSC, and the thirty-six (36) related actions captioned above (collectively, the "Individual Plaintiffs") submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the amended complaints and redlined versions filed concurrently herewith in each of those actions (collectively, the "Amended Complaints").

Individual Plaintiffs have provisionally redacted certain portions of the Amended Complaints that contain information that Defendants have designated as "Confidential" under the Stipulated Protective Order. *See In re Tumbler Ridge Shooting Litig.*, Dkt. No. 51. Specifically, the redacted portions of the Amended Complaints quote or reference the chat logs between ChatGPT and Jesse Van Rootselaar (the "Chat Logs"), which Defendants have designated Confidential in their entirety. *See* Declaration of Brandt Silverkorn ("Silverkorn Decl.") ¶¶ 2–3. The provisionally redacted portions of each Amended Complaint are highlighted in the unredacted version of each respective Amended Complaint that has been filed under seal.

Individual Plaintiffs dispute these designations and believe that nearly every redacted portion of the Amended Complaint should be unsealed, and they anticipate filing a response to that end should Defendants continue to stand on their designations.[1]

Dated: October 29, 2026

Respectfully submitted,

**INDIVIDUAL PLAINTIFFS,**

By: */s/ Rafey Balabanian*

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

[1] Individual Plaintiffs have additionally challenged eighty-five (85) of Defendants' Confidential designations related to the Chat Logs, pursuant to the process outlined in the Parties' Stipulated Protective Order. *See In re Tumbler Ridge Shooting Litig.*, Dkt. No. 51. During the meet and confer process, Defendants stated their position that the Chat Logs are Confidential in their entirety. That dispute is currently pending. *See* Silverkorn Decl. ¶¶ 4–5, 7.

Brandt Silverkorn (SBN 323530)
bsilverkorn@edelson.com
Aaron Lawson (SBN 319306)
alawson@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300

*Attorneys for Individual Plaintiffs*